```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

V. MUNFORD,                      )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No. 10 C 1517
                                 )
M. PENDELTON BROWN-TECLA-FORTE,  )
et al.,                          )
                                 )
          Defendants.            )

## MEMORANDUM ORDER

Victor Munford ("Munford") has filed a self-prepared Complaint against two defendants whom he identifies as "M. Pendelton Brown-Tecla-Forte" and "L. Franco," coupling that filing with an In Forma Pauperis Application ("Application"). Because Munford's Complaint states no viable basis for federal subject matter jurisdiction, both the Complaint and this action are dismissed, thus rendering the Application moot.

Munford seeks to invoke two sections of the federal <u>criminal</u> code (18 U.S.C. §§1512 and 1513) as the proposed source of jurisdiction for this civil action. That reflects a fundamental misunderstanding of the role of the federal courts, whose jurisdiction to entertain private civil disputes is limited to the subjects that Congress has prescribed. And that civil jurisdiction simply does not embrace Title 18.

This memorandum order should not of course be misunderstood as the expression of any view regarding Munford's ability or inability to pursue either or both defendants in a state court of

competent jurisdiction.  But what is plain from the current pleading is that Munford's effort to do so in this federal District Court is frivolous in legal terms.

```
                         _____
                         Milton I. Shadur
                         Senior United States District Judge
```

Date:  March 9, 2010